Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–31034–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Jeffery Dill
　265 Phillips Avenue
　Browns Mills, NJ 08015

Social Security No.:
　xxx–xx–8245

Employer's Tax I.D. No.:

**FINAL DECREE**

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 18, 2020</u>　　　　　　　　<u>Christine M. Gravelle</u>
　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court